618

373 A.2d 1142

Commonwealth ex rel. Meyers, Appellant,

v. Meyers.

Argued December 7, 1976. Howard Wallner, for appellant; Emanuel A. Bertin, with him Pechner, Dorfman, Wolffe & Rounick, for appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., dissent.

373 A.2d 1142

Commonwealth ex rel. Shaffer, Appellant, v. Shaffer.

Argued March 16, 1977. Sheryl Ann Dorney, Assistant District Attorney, with her Donald L. Reihart, District Attorney, for appellant; Daniel E. Teeter, submitted a brief for appellee.

Order affirmed.